DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-61

[April 9, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case Nos. 96-23307-CF-10A and 96-21254-CF-10A.

William Davis, Sanderson, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***